## VERIFICATION

I, Andrew D. Vincik, hereby verify and declare under penalty of perjury that I am a Special Agent with the Homeland Security Investigations (HSI) and that I have read the foregoing Complaint for Forfeiture *in Rem* and know the contents thereof, and that the factual matters contained in paragraphs 15 through 183 of the Complaint for Forfeiture *in Rem* are true to my own knowledge, except that those matters herein stated to be alleged on information and belief and as to those matters I believe them to be true.

The sources of my knowledge and information and the grounds of my belief are the official files and records of the United States, information supplied to me by other law enforcement officers, as well as my investigation of this case, together with others, as a with Homeland Security Investigations (HSI).

I hereby verify and declare under penalty of perjury that the foregoing is true and correct.

Dated: May 3rd, 2024.

ANDREW D. VINCIK
Special Agent
Homeland Security Investigations (HSI)