IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> $4,698,514.00 in United States Currency, et al., <br><br> Defendants. | 8:24CV160 <br><br> **WARRANT FOR ARREST** *IN REM* |

TO: U.S. CUSTOMS AND BORDER PROTECTION AND/OR ANY OTHER DULY AUTHORIZED LAW ENFORCEMENT OFFICER

WHEREAS, on May 3, 2024, the United States of America filed a Complaint for Forfeiture *in Rem* for civil forfeiture in the United States District Court for the District of Nebraska against the Defendant properties, alleging said properties are subject to seizure and civil forfeiture to the United States for the reasons mentioned in the Complaint; and

WHEREAS, the Defendant properties are currently in the possession, custody or control of the United States and the U.S. Customs and Border Protection; and

WHEREAS, under such circumstances, pursuant to Rule G(3)(b)(i), Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the Clerk of the Court shall issue an arrest Warrant *in rem* for the arrest of the Defendant properties; and

WHEREAS, Supplemental Rule G(3)(c) provides the Warrant of arrest *in rem* must be delivered to a person or organization authorized to execute it.

NOW, THEREFORE, you are hereby commanded to arrest the above-named Defendant properties by serving a copy of this Warrant on the custodian in whose possession, custody or

control the property is presently found, and to use whatever means may be appropriate to protect and maintain it in your custody until further order of this Court.

YOU ARE FURTHER COMMANDED, promptly after execution of this process, to file the same in this Court with your return thereon, identifying the individuals upon whom copies were served and the manner employed.

Dated:  May 3, 2024.

                                               Clerk of the Court
                                               United States District Court for the
                                               District of Nebraska

By: _____
             Deputy Clerk