IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br>   vs.<br><br>$4,698,514.00 in United States Currency, et al.,<br><br>              Defendants. | 8:24CV160<br><br>NOTICE OF APPEARANCE |

Mikala Purdy-Steenholdt, hereby enters her appearance as Assistant United States Attorney and co-counsel on behalf of the United States in the above-captioned matter.

                                          UNITED STATES OF AMERICA,
                                          Plaintiff

                                          SUSAN T. LEHR
                                          United States Attorney

                          By:   s/ Mikala Purdy-Steenholdt
                                MIKALA PURDY-STEENHOLDT
                                (NY#5112289)
                                Assistant U.S. Attorney
                                1620 Dodge Street, Suite 1400
                                Omaha, NE   68102-1506
                                Tel:  (402) 661-3700
                                Fax:  (402) 345-5724
                                E-mail: Mikala.Purdy-Steenholdt@usdoj.gov