### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

|  |  |
|---|---|
| Plaintiff, | Civil No. 8:24-CV-160 |
| vs. | **VERIFIED STATEMENT OF RIGHT AND INTEREST OF FRANCESCA TOSTI** |

$4,698,514.00 in United States Currency;

$630,680.00 in United States Currency;

$2,033,094.98 in Funds Seized from JP Morgan Chase Account;

$205,358.00 in Funds Seized from Rago Wright Account;

KAWS "Close the Door Behind You" Painting;

Andy Warhol Apple Painting;

Edward Bell's "David Starts to Make Up for Scary Monsters" 1980 Polaroid;

Rolex Daytona Chronograph Watch;

Audemars Piquet Oak Offshore Chronograph Watch;

Patek Philippe Aquanaut Watch;

Rolex Day-Date 36 President Watch;

Rolex "Hulk" Submariner Watch;

Rolex 18K Yellow Gold Datejust Watch with 36mm case;

Rolex 18K Yellow Gold Datejust Watch with 26mm case;

Rolex President Day-Date 18k Rose Gold Watch;

Platinum and Diamond 3 Stone Ring;
Silver Metal and Diamond 36MM Bezel;

14K White Gold and Diamond Tennis
Bracelet;

Australian Gold Lunar $100 Coin;

Counterfeit Cartier 18K Love Bracelet;

Hermès Grand Attelage Flatware;

Tiffany & Co. Platinum and Diamond Ring;

Tiffany & Co. 18K Yellow Gold and
Yellow Diamond Ring;

18K Yellow Gold and Diamond Ring;

Art Smith Modernist Brass Necklace;

18K Yellow Gold Necklace;

Art Smith Modernist Brass and Copper Cuff
Bracelet;

Art Smith Modernist Copper Bracelet;

18K Yellow Gold Curb Link ID Bracelet;

Pair of Art Smith Modernist Ear Clips;

Pair of Art Smith Modernist Ear Pendants;

George Nakashima American Black Walnut
Double Settee;

Set of East Indian Laurel Wood Dining
Chairs;

East Indian Laurel Wood Dining Table;

George Nakashima American Black Walnut
Coffee Table;

2

George Nakashima Seat Lounge Chair;

Pair of Mira Nakashima Grajalas Nightstands;

George Nakashima Dovetailed Double Dresser;

Wood Bed Frame;

Arthur Espenet Carpenter II Cabinets;

Arthur Espenet Carpenter II Headboard;

Arthur Espenet Carpenter II Mahogany Slab Headboard;

Wood Cube Side Table;

Arthur Espenet Carpenter II Mushroom Chest;

Jean Prouvé Sideboard;

JD Blunk Redword Sculpture;

Isamu Noguchi Kaki-Persimmons Galvanized Steel;

Isamu Noguchi Messenger 2B Bronze Plate;

George Nakashima Grass Seated Stool;

Sori Yanagi Butterfly Stool;

Perre Jeanneret Teak and Enameled Steel Stools;

Costa Rican Ceremonial Volcanic Stone Metate;

Wharton Esherick 2 Ash Chairs;

3

Axel Einar Hjorth Uto Coffee Table;
Blue Nazca Textile;

Framed Nazca Textile Woven Fabric;

Arthur Espenet Carpenter II Wooden Chest;

Arthur Espenet Carpenter II Low Table;

Native American Stone Tool with Incised
Features;

Native American Stone Tool with Long
Implement;

George Nelson Pill Clock;

Charles Eames Child's Chair;

Isamu Nogushi "Rudder" stool;

Greta M. Grossman Cobra Table Lamp;

Eames LTR Side Table;

Arthur Espenet Carpenter II Bookshelf
Cabinets;

Massim Lime Spatula;

Olmec Stone Figure;

Olmec Implement,

              Defendants.

## VERIFIED STATEMENT OF RIGHT AND INTEREST
## OF FRANCESCA TOSTI

Pursuant to the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture

Actions, Rules C and G (5)(a)(i)(A-D), Francesca Tosti does, on her own behalf, and in her

capacity as

Administrator of the Estate of James Reja, hereby submit her Verified Statement of Right and

Interest as follows:

**A.  Identification of Specific Property**

Francesca Tosti identifies the following specific property in which she has a right and

interest:

**Cash:**

$2,033,094.98 in Funds Seized from JP Morgan Chase Account;

**Furniture Items:**

(1) George Nakashima American Black
    Walnut Double Settee;

(2) Set of East Indian Laurel Wood
    Dining Chairs;

(3) East Indian Laurel Wood Dining

    Table;

(4) George Nakashima American Black

    Walnut Coffee Table;

(5) George Nakashima Seat Lounge

    Chair;

(6) Pair of Mira Nakashima Grajalas Nightstands;

(7) George Nakashima Dovetailed Double Dresser;

(8) Wood Bed Frame;

(9) Arthur Espenet Carpenter II Cabinets;

(10) Arthur Espenet Carpenter II Headboard;

(11) Arthur Espenet Carpenter II Mahogany Slab Headboard;

(12) Wood Cube Side Table;

(13) Arthur Espenet Carpenter II Mushroom Chest;

(14) Jean Prouvé Sideboard;

(15) JD Blunk Redword Sculpture;

(16) Isamu Noguchi Kaki-Persimmons Galvanized Steel;

(17) Isamu Noguchi Messenger 2B Bronze Plate;

(18) George Nakashima Grass Seated Stool;

(19) Sori Yanagi Butterfly Stool;

(20) Perre Jeanneret Teak and Enameled Steel Stools;

(21) Costa Rican Ceremonial Volcanic Stone Metate;

(22) Wharton Esherick 2 Ash Chairs

(23) Axel Einar Hjorth Uto Coffee Table; Blue Nazca Textile;

(24) Framed Nazca Textile Woven Fabric;

(25) Arthur Espenet Carpenter II Wooden Chest;

(26) Arthur Espenet Carpenter II Low Table;

(27) Native American Stone Tool with Incised Features;

(28) Native American Stone Tool with Long Implement;

(29) George Nelson Pill Clock;

(30) Charles Eames Child's Chair;

(31) Isamu Nogushi "Rudder" stool;

(32) Greta M. Grossman Cobra Table Lamp;

(33) Eames LTR Side Table;

(34) Arthur Espenet Carpenter II Bookshelf Cabinets;

(35) Massim Lime Spatula;

(36) Olmec Stone Figure;

(37) Olmec Implement,

**Jewelry Items:**

*See* **Exhibit 1**.

**Fine Arts Items**:

Edward Bell's "David Starts to Make Up for Scary Monsters" 1980 Polaroid.

B.  Identification of Claimant and Claimant's Right and Interest in Property

Francesca Tosti was married to James Reja until November 13, 2023, the date Mr. Reja was

unlawfully killed by agents of the U.S. Marshall's Office, the Department of Homeland Security,

Homeland Security Investigations, and Immigration and Customs Enforcement (ICE).  Francesca

Tosti is also the Administrator of the Estate of James Reja under an Order for Probate issued by the

Mendocino Superior Court in Fort Bragg, California.  Francesca Tosti is also a woman who has

money of her own.

As to the cash, Ms. Tosti has a community property interest, separate interest, and a

possessory interest in that property that was wrongfully seized as it was from the sale of a home

that was community property, purchased with monies that are not related to any of the allegations

of criminal activity set forth in the Complaint and, in part, from her personal funds, she was an

innocent homeowner, and the amount seized would constitute an excessive fine under the 8th

Amendment of the U.S. Constitution.  Ms. Tosti reserves the right to add additional bases for her

interest in this property and additional defenses to its wrongful seizure and attempted forfeiture.

As to the furniture, a community property interest, separate interest, and a possessory

interest in that property that was wrongfully seized as it was purchased with monies that are not

related to any of the allegations of criminal activity set forth in the Complaint and, in part, from her personal funds, she was an innocent homeowner, and the amount seized would constitute an excessive fine under the 8th Amendment of the U.S. Constitution.  Ms. Tosti reserves the right to add additional bases for her interest in this property and additional defenses to its wrongful seizure and attempted forfeiture.

As to the jewelry items, Ms. Tosti has a personal interest, community property interest, and possessory interest in this property as they are either (a) heirloom jewelry given to her or her minor daughter by her grandparents or parents, (b) purchased by her using her own funds, or (c) given as a gift by James Reja prior to 2012.  The notified attorneys have already been provided a list of these items along with an explanation of the ownership and possessory interest for each item, which is attached hereto as **Exhibit 1**.  As such, these items were either gifts, purchased with monies that are not related to any of the allegations of criminal activity set forth in the Complaint, purchased with her personal funds, she innocently owned and possessed these items, and the amount seized would constitute an excessive fine under the 8th Amendment of the U.S. Constitution.  Ms. Tosti reserves the right to add additional bases for her interest in this property and additional defenses to its wrongful seizure and attempted forfeiture.

As to the fine arts item, Ms. Tosti has a personal interest, community property interest, and possessory interest in this property.  This item was a gift, purchased with monies that are not related to any of the allegations of criminal activity set forth in the Complaint, purchased, in part, with her personal funds, she innocently owned and possessed this item, and its seizure would constitute an excessive fine under the 8th Amendment of the U.S. Constitution.  Ms. Tosti reserves the right to add additional bases for her interest in this property and additional defenses to its wrongful seizure and attempted forfeiture.

C. Signature of Claimant Under Penalty of Perjury

I, Francesca Tosti, on my own behalf, and in my role as Administrator of the Estate of James Reja, hereby state, under the penalty of perjury, under the laws of the United States, and the State of California, that the foregoing statements are true and correct to the best of my knowledge. Signed this 22nd day of July, 2024, in Elk, California.

BY: _____

Francesca Tosti
In her personal capacity, and as Administrator of
the Estate of James Reja

D. Government Attorneys Served

KIMBERLY C. BUNJER, #20962
Assistant U.S. Attorney
1620 Dodge Street, Suite 1400
Omaha, NE   68102-1506
Tel: (402) 661-3700
Fax: (402) 345-5724
E-mail:   kim.bunjer@usdoj.gov

MIKALA PURDY-STEENHOLDT
Assistant U.S. Attorney
1620 Dodge Street, Suite 1400
Omaha, NE   68102-1506
Tel: (402) 661-3700
Fax: (402) 345-5724
E-mail: MPurdySteenholdt@usa.doj.gov

Dated:  July 22, 2024

Respectfully submitted,

BY:/s/ Robert C. Matz  _____

Robert C. Matz
Matz Law Alameda
1516 Oak Street, Suite 104
Alameda, CA 94501
(510) 710-1071
robert@matzlawgroup.legal

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 22nd, 2024, the undersigned caused the foregoing to be filed with the United States District Court for the District of Nebraska using the CM/ECF system, which will send notification of such filing to the following CM/ECF participants:

KIMBERLY C. BUNJER, #20962
Assistant U.S. Attorney
1620 Dodge Street, Suite 1400
Omaha, NE  68102-1506
Tel: (402) 661-3700
Fax: (402) 345-5724
E-mail:  kim.bunjer@usdoj.gov

Attorney for Plaintiff

MIKALA PURDY-STEENHOLDT
Assistant U.S. Attorney
1620 Dodge Street, Suite 1400
Omaha, NE  68102-1506
Tel: (402) 661-3700
Fax: (402) 345-5724
E-mail: MPurdySteenholdt@usa.doj.gov

Attorney for Plaintiff

The undersigned further certifies that on July 22, 2024, the undersigned caused a true and correct copy of the foregoing to be served, by depositing a copy in the United States Mail, First Class postage pre-paid, upon the following non-CM/ECF participants:  Kim Bunjer, Mikala Purdy-Steenholdt:

BY:/s/ Robert C. Matz
Robert C. Matz
Matz Law Alameda
1516 Oak Street, Suite 104
Alameda, CA 94501
(510) 710-1071
robert@matzlawgroup.legal

Exhibit 1

# SEİZED İTEMS FROM ELK CALİFORNİA ON DECEMBER 13, 2023

| Item Number | Object | Explanation | Notes |
|---|---|---|---|
| 006-B | Swiss Bed | This is a bed of no importance was purchased from a company called CBH wood working | |
| 026 | Vitra Clock | This is a reproduction clock from Vitra Museum | |
| 0001 | Rolex Watch | One of my mothers rolexes | |
| 0002 | Rolex Watch | My mothers watch | |
| 0003 | swatch watch | watch given to my daughter from her grandfather | |
| 0004 | Omega Watch | my mothers watch given to her by her father | |
| 0005 | Ebel watch | My grandmothers watch given to her by my grandfather | |
| 0006 | lighter | my grandfathers lighter | |
| 0007 | dupont lighter | my grandfathers lighter | |
| 0008 | amethyst ring | my grandmothers ring | |
| 0009-1 | jade ring | my mothers ring | |
| 0009-2 | simulated ring | my mothers ring | |
| 0010 | signet ring | my mothers ring | |
| 0011 | snake ring | my own ring purchased with |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  | money or exchange for my job as jewelry photog |  |
| ☐ | 0012 | X ring | my purchase with the jewelry photog job I had |  |
| ☐ | 0013 | two finger ring | my purchase with the jewelry photog job I had |  |
|  | 0014 | double v ring | my own purchase |  |
| ☐ | 0015 | onyx ring | my mothers ring |  |

| Item Number | Object | Explanation | Notes |
|---|---|---|---|
| 0016 | diamond and ruby ring | my mothers ring | |
| 0017 | arrow ring | my own purchase/exchange for photog work | |
| 0018-1 | diamond ring | my moms ring | |
| 0018-2 | black diamond ring | my own purchase/exchange for photog work | |
| 0018-3 | diamond Tiffany ring | my ring given as a promise ring 2011 | |
| 0018-4 | diamond ring | my own purchase | |
| 0018-5 | diamond ring | my own purchase | |
| 0018-6 | blackened diamond ring | my own purchase | |
| 0018-7 | Tiffany diamond bad | gift from my husband 2012 | |
| 0019 | carnelian ring | my mothers ring | |
| 0020 | labradorite ring | my purchase | |
| 0021 | silver Tiffanys ring | my mothers ring | |
| 0022 | diamond ring | my mothers wedding ring | |
| 0023 | costume ring | this is literal junk. | |

| | | | |
|---|---|---|---|
| ☐ | 0024 | diamond band | my wedding band…. of utmost personal meaning<br><br>2012 |
| ☐ | 0025 | signet ring | gift from my parents at my 16th birthday |
| | 0026 | enamel ring | my mothers ring |
| ☐ | 0027 | sliced diamond ring | my purchase |
| ☐ | 0028 | yellow diamond ring | engagement ring that was my grandmothers… very personal item |
| ☐ | 0029 | diamond engagement ring | my engagement ring that was made from a vintage pair of earrings (from my family)by my jeweler friend…. personal item… very personal |
| ☐ | 0030 | morganite ring | my purchase, I made with a jeweler friend |
| ☐ | 0031 | horn necklace | my purchase |
| ☐ | 0032 | art smith necklace | gift from my husband pre 2012 |
| ☐ | 0033 | coral bead necklace | my mothers |
| ☐ | 0034-1 | pearl necklace costume | my mothers |
| ☐ | 0034-2 | cultured pearl | my mothers |

| | | | |
|---|---|---|---|
| | | necklace | |
| ☐ | 0035-1 | gold geometric necklace | again my mothers |
| ☐ | 0035-2 | yellow gold necklace | my mothers |
| ☐ | 0036 | silver necklace | my fathers |
| ☐ | 0037 | ruby necklace | my purchase |
| ☐ | 0038 | triple moon necklace | my design and purchase |
| ☐ | 0039 | rose gold and diamond necklace | my purchase |
| ☐ | 0040 | Eames Necklace | my purchase and design for my daughter |
| ☐ | 0041 | coral pendant necklace | my mothers necklace |
| ☐ | 0042 | moon necklace | my purchase |
| ☐ | 0043 | sliced diamond necklace | my purchase |
| ☐ | 0044 | antique bracelet | this was my grandfather's sisters |

| | | | |
|---|---|---|---|
| ☐ | 0045 | J&F necklace | my purchase |
| ☐ | 0046 | silver J necklace | my father's for my mom Joanne |
| ☐ | 0047 | costume necklace | costume jewelry |
| ☐ | 0048 | crescent necklace | my purchase again this style is super easy to pick out,,,all rose gold diamond jewelry from my photog job |
| ☐ | 0049 | cross diamond necklace | gift from my parents when I turned 10 |
| ☐ | 0050 | bar necklace | my purchase |
| ☐ | 0051 | labradorite necklace | my purchase and design I made for my daughter |
| ☐ | 0052 | bar necklace | my purchase |
| ☐ | 0053 | art smith bracelet | given to me by my husband definitely pre 2012 |
| ☐ | 0054 | art smith bracelet | given to me by my husband definitely pre 2012 |
| ☐ | 0055 | gold link bracelet | clearly my moms since it says Juanita |
| ☐ | 0056 | pearl bracelet | my moms |

| | | | |
|---|---|---|---|
| ☐ | 0057 | costume bracelet | my mothers |
| ☐ | 0058 | link bracelet | given to me as a child |
| ☐ | 0059 | triple moon goddess bracelet | my design my purchase |
| ☐ | 0060 | pearl bracelet | my purchase from my photog job |
| ☐ | 0061 | white topaz bracelet | my purchase from my photog job |
| ☐ | 0062 | geode bracelet | my purchase from my photog job |
| ☐ | 0063 | moonstone and labradorite bracelet | my purchase from my photog job |
| ☐ | 0064 | ruby bracelet | my purchase from my photog job |
| ☐ | 0065 | costume pearl earring | my mothers |
| ☐ | 0066 | nephrite pendant | my mothers |
| ☐ | 0067 | carnelian pendant | my mothers |
| ☐ | 0068 | heart pendant | my mothers |

| | | | |
|---|---|---|---|
| ☐ | 0069 | Star of David | my mothers |
| ☐ | 0070 | pig pendant | my mothers I think I don't know |
| ☐ | 0071 | pink tourmaline | my purchase when I was designing jewelry |
| ☐ | 0072 | aquamarine | my purchase when I was designing jewelry |
| ☐ | 0073 | abalone | funny there is a price this... found on the beach |
| ☐ | 0074 | watermelon tourmaline | my purchase when I was designing jewelry |
| ☐ | 0075 | blue topaz | my purchase when I was designing jewelry |
| ☐ | 0076 | crystal pyramid | gift given to me by my Best friend 1999 |
| ☐ | 0077 | moonstone | my purchase when I was designing jewelry |
| ☐ | 0078 | labradorite | fell off a piece of costume jewelry |
| ☐ | 0079 | costume brooch | my mothers |
| ☐ | 0080 | shell cameo | my mothers |

| ☐ | 0081-1 | diamond hoop earrings | these are rose gold....these are my purchase |
| ☐ | 0081-2 | star ear crawlers | my purchase from my jewelry photog job |
| ☐ | 0081-3 | diamond yellow gold hoop earrings | my mothers |
| ☐ | 0081-4 | white gold earrings | gift I gave my mother |
| ☐ | 0081-5 | diamond star and lighting bolt earrings | my purchase dong photog and running her instagram |
| ☐ | 0081-6 | white topaz earrings | same same... my purchase |
| ☐ | 0081-7 | rose gold detachable earrings | my purchase |
| ☐ | 0081-8 | white gold earrings | same same my purchase/exhange for work... all of this started way before 2012 probably 2010 |
| ☐ | 0081-9 | rose gold ear climbers | my purchase |
| ☐ | 0081-10 | these are rose not yellow gold ear cuffs | my purchase |
| ☐ | 0081-11 | diamond micro pave hoop earrings | my purchase |
| ☐ | 0081-12 | triangle earrings | my purchase when working with jeweler... photog, running insta and jewelry parties |

| ☐ | 0081-13 | rose gold stud heart earrings | my purchase | |
| ☐ | 0081-14 | diamond stud earrings | my purchase all of these are around 2012 | |
| ☐ | 0081-15 | sliced diamond earrings | again my purchase | |
| ☐ | 0081-16 | rose stud in white gold | gift I gave my mother | |
| ☐ | 0082-1 | yellow gold hoop earrings | my mothers | |
| ☐ | 0082-2 | hoop diamond earrings | my mothers | |
| ☐ | 0082-3 | pyramid stud earrings | my purchase | |
| ☐ | 0082-4 | knot earrings | my mothers | |
| ☐ | 0083 | silver studs | my mothers | |
| ☐ | 0084 | yellow gold and turquoise earrings | my mothers | |
| ☐ | 0085-1 | art smith earrings | gift from my husband pre 2012 probably around 2011 | |
| ☐ | 0085-2 | art smith | gift from my husband pre 2012 | |

| ☐ | 0072 | aquamarine | my purchase when I was designing jewelry | |
|---|---|---|---|---|
| | 0086-1 | labradorite earrings | my purchase for my wedding | |
| | 0086-2 | large labradorite earrings | my purchase for my wedding | |
| | 0087 | aventurine earrings | gift I gave my mother | |
| | 0088 | moonstone earrings | my own purchase | |
| | 0089 | moonstone pendants | my own purchase | |