IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> vs.<br><br>$4,698,514.00 in United States Currency, et al.,<br><br>    Defendants. | 8:24CV160<br><br>MOTION FOR PUBLICATION |

  The United States of America, pursuant to Rule G(4)(a)(iii)(B) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, moves this Court for an order directing the United States to publish notice of this action and/or the arrest of the Defendant property on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty consecutive days, beginning on or about July 27, 2024.

  Further, the United States moves this Court to order said notice contain a requirement that persons claiming an interest in the Defendant property file their Claims no later than sixty days after the first day of publication on an official internet government forfeiture site, and file an Answer or otherwise plead to the verified Complaint for civil forfeiture within twenty-one days from the date said Claim has been filed with the United States District Court.

  In support of this Motion, the United States respectfully states as follows:

  1. On May 3, 2024, the United States filed a Complaint for Forfeiture *in Rem* and a Notice of Complaint for Forfeiture *in Rem* with this Court.

2. A Warrant for Arrest *in Rem* was signed by the Deputy Clerk of the United States District Court for the District of Nebraska on May 3, 2024.

3. On information and belief, the Complaint for Forfeiture *in Rem*, Warrant for Arrest *In Rem*, and Notice of Complaint for Forfeiture *in Rem* will be served on the Defendant property on or about June 28, 2024.

WHEREFORE, the United States of America seeks an Order from this Court directing the United States to publish notification of this action as directed above so this action may effectively foreclose any and all interests of any claimants unknown to the United States at this time.

      UNITED STATES OF AMERICA,
      Plaintiff

      SUSAN T. LEHR
      United States Attorney

By:   s/ Kimberly C. Bunjer
      KIMBERLY C. BUNJER, #20962
      Assistant U.S. Attorney
      1620 Dodge Street, Suite 1400
      Omaha, NE  68102-1506
      Tel: (402) 661-3700
      Fax: (402) 345-5724
      E-mail:  kim.bunjer@usdoj.gov

By:   s/ Mikala Purdy-Steenholdt
      MIKALA PURDY-STEENHOLDT
      (NY#5112289)
      Assistant U.S. Attorney
      1620 Dodge Street, Suite 1400
      Omaha, NE  68102-1506
      Tel:   (402) 661-3700
      Fax:   (402) 345-5724
      E-mail: Mikala.Purdy-Steenholdt@usdoj.gov