## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 8:24CV160 |
| Plaintiff, | |
| vs. | ORDER FOR PUBLICATION |
| $4,698,514.00 in United States Currency, et al., | |
| Defendants. | |

This matter is before the Court on the Motion for Publication (Filing No. 12), filed by the United States of America. The Motion is granted and the United States is directed to publish such notification as requested.

IT IS SO ORDERED.

Dated this 26th day of July, 2024.

BY THE COURT:

Michael D. Nelson
United States Magistrate Judge