IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:24CV160 |
| vs. | |
| $4,698,514.00 in United States Currency, et al., | DECLARATION OF PUBLICATION |
| Defendants. | |

In accordance with Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, notice of the civil forfeiture action was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on July 28, 2024 and ending on August 26, 2024 as evidenced by Attachment 1.

Dated: October 2, 2024.

UNITED STATES OF AMERICA,
Plaintiff

SUSAN T. LEHR
United States Attorney

By:  s/ Kimberly C. Bunjer
KIMBERLY C. BUNJER, #20962
Assistant U.S. Attorney
1620 Dodge Street, Suite 1400
Omaha, NE  68102-1506
Tel:  (402) 661-3700
E-mail:  kim.bunjer@usdoj.gov

**CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify on October 2, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the Parties of record.

                                                s/ Kimberly C. Bunjer
                                                KIMBERLY C. BUNJER
                                                Assistant U.S. Attorney