Attachment 1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA
# COURT CASE NUMBER: 8:24CV160; NOTICE OF FORFEITURE ACTION

Pursuant to 18 U.S.C. § 981 and 21 U.S.C. § 881, the United States filed a verified Complaint for Forfeiture against the following property:

$2,033,094.98 from JP Morgan Chase Account (24-ICE-000820) which was seized from James Reja on November 08, 2023 at 13003 W. Center Rd, located in Omaha, NE

$205,358.00 (24-ICE-000821) which was seized from LLC Rago Wright on January 09, 2024 at n/a, located in Omaha, NE

$4,698,514.00 (24-ICE-000822) which was seized from Adam Bregman on December 12, 2023 at 1645 Vine St., #1007, located in Los Angeles, CA

Rolex Daytona Chronograph Watch (24-ICE-000823) which was seized from Adam Bregman on December 12, 2023 at 1645 Vine St., #1007, located in Los Angeles, CA

Audemars Piquet Oak Offshore Chronograph Watch (24-ICE-000824) which was seized from Adam Bregman on December 12, 2023 at 1645 Vine St., #1007, located in Los Angeles, CA

Patek Philippe Aquanaut Watch (24-ICE-000825) which was seized from Adam Bregman on December 12, 2023 at 1645 Vine St., #1007, located in Los Angeles, CA

$630,680.00 (24-ICE-000826) which was seized from Adam Bregman on December 12, 2023 at 1904 SE Colony Way, located in Jupiter, FL

KAWS "Close the Door Behind You" Painting (24-ICE-000827) which was seized from Adam Bregman on December 12, 2023 at 1904 SE Colony Way, located in Jupiter, FL

Andy Warohl Apple Painting (24-ICE-000828) which was seized from Adam Bregman on December 12, 2023 at 1904 SE Colony Way, located in Jupiter, FL

Rolex Day-Date 36 President Watch (24-ICE-000829) which was seized from Adam Bregman on December 12, 2023 at 1904 SE Colony Way, located in Jupiter, FL

Rolex "Hulk" Submariner Watch (24-ICE-000830) which was seized from Adam Bregman on December 12, 2023 at 1904 SE Colony Way, located in Jupiter, FL

Edward Bell□s □David Starts to Make Up for Scary Monsters□ 1980 Polaroid

(24-ICE-000860) which was seized from James Reja on December 12, 2023 at 9980 S. Hwy 1, located in Elk, CA

Rolex 18K Yellow Gold Datejust Watch
with 36mm case (24-ICE-000861) which was seized from James Reja on December 12, 2023 at 9980 S. Hwy 1, located in Elk, CA

Rolex 18K Yellow Gold Datejust Watch
with 26mm case (24-ICE-000862) which was seized from James Reja on December 12, 2023 at 9980 S. Hwy 1, located in Elk, CA

Rolex President Day-Date 18k Rose Gold
Watch (24-ICE-000863) which was seized from Adam Bregman on December 12, 2023 at 1904 SE Colony Way, located in Jupiter, FL

Platinum and Diamond 3 Stone Ring; (24-ICE-000864) which was seized from Adam Bregman on December 12, 2023 at 1904 SE Colony Way, located in Jupiter, FL

Silver Metal and Diamond 36MM Bezel (24-ICE-000865) which was seized from Adam Bregman on December 12, 2023 at 1904 SE Colony Way, located in Jupiter, FL

14K White Gold and Diamond Tennis
Bracelet (24-ICE-000866) which was seized from Adam Bregman on December 12, 2023 at 1904 SE Colony Way, located in Jupiter, FL

Australian Gold Lunar $100 Coin (24-ICE-000867) which was seized from Adam Bregman on December 12, 2023 at 1904 SE Colony Way, located in Jupiter, FL

Counterfeit Cartier 18K Love Bracelet (24-ICE-000868) which was seized from Adam Bregman on December 12, 2023 at 1904 SE Colony Way, located in Jupiter, FL

Herm□s Grand Attelage Flatware (24-ICE-000869) which was seized from Adam Bregman on December 12, 2023 at 1904 SE Colony Way, located in Jupiter, FL

Tiffany & Co. Platinum and Diamond Ring (24-ICE-000870) which was seized from James Reja on December 12, 2023 at 9980 S. Hwy 1, located in Elk, CA

Tiffany & Co. 18K Yellow Gold and
Yellow Diamond Ring (24-ICE-000871) which was seized from James Reja on December 12, 2023 at 9980 S. Hwy 1, located in Elk, CA

18K Yellow Gold and Diamond Ring (24-ICE-000872) which was seized from James Reja on December 12, 2023 at 9980 S. Hwy 1, located in Elk, CA

Art Smith Modernist Brass Necklace (24-ICE-000873) which was seized from James Reja on December 12, 2023 at 9980 S. Hwy 1, located in Elk, CA

18K Yellow Gold Necklace (24-ICE-000874) which was seized from James Reja on December 12, 2023 at 9980 S. Hwy 1, located in Elk, CA

Art Smith Modernist Brass and Copper Cuff Bracelet (24-ICE-000875) which was seized from James Reja on December 12, 2023 at 9980 S. Hwy 1, located in Elk, CA

Art Smith Modernist Copper Bracelet (24-ICE-000876) which was seized from James Reja on December 12, 2023 at 9980 S. Hwy 1, located in Elk, CA

18K Yellow Gold Curb Link ID Bracelet (24-ICE-000877) which was seized from James Reja on December 12, 2023 at 9980 S. Hwy 1, located in Elk, CA

George Nakashima American Black Walnut Double Settee (24-ICE-000878) which was seized from James Reja on December 12, 2023 at 9980 S. Hwy 1, located in Elk, CA

Set of East Indian Laurel Wood Dining Chairs (24-ICE-000879) which was seized from James Reja on December 12, 2023 at 9980 S. Hwy 1, located in Elk, CA

East Indian Laurel Wood Dining Table (24-ICE-000880) which was seized from James Reja on December 12, 2023 at 9980 S. Hwy 1, located in Elk, CA

George Nakashima American Black Walnut Coffee Table (24-ICE-000881) which was seized from James Reja on December 12, 2023 at 9980 S. Hwy 1, located in Elk, CA

George Nakashima Seat Lounge Chair (24-ICE-000882) which was seized from James Reja on December 12, 2023 at 9980 S. Hwy 1, located in Elk, CA

Pair of Mira Nakashima Grajalas Nightstands (24-ICE-000883) which was seized from James Reja on December 12, 2023 at 9980 S. Hwy 1, located in Elk, CA

George Nakashima Dovetailed Double Dresser (24-ICE-000884) which was seized from James Reja on December 12, 2023 at 9980 S. Hwy 1, located in Elk, CA

Wood Bed Frame (24-ICE-000885) which was seized from James Reja on December 12, 2023 at 9980 S. Hwy 1, located in Elk, CA

Arthur Espenet Carpenter II Cabinets (24-ICE-000886) which was seized from James Reja on December 12, 2023 at 9980 S. Hwy 1, located in Elk, CA

Arthur Espenet Carpenter II Headboard (24-ICE-000887) which was seized from James Reja on December 12, 2023 at 9980 S. Hwy 1, located in Elk, CA

Arthur Espenet Carpenter II Mushroom
Chest (24-ICE-000888) which was seized from James Reja on December 12, 2023
at 9980 S. Hwy 1, located in Elk, CA

Jean Prouv☐ Sideboard (24-ICE-000889) which was seized from James Reja on
December 12, 2023 at 9980 S. Hwy 1, located in Elk, CA

JD Blunk Redword Sculpture (24-ICE-000890) which was seized from James Reja
on December 12, 2023 at 9980 S. Hwy 1, located in Elk, CA

Isamu Noguchi Kaki-Persimmons
Galvanized Steel (24-ICE-000891) which was seized from James Reja on
December 12, 2023 at 9980 S. Hwy 1, located in Elk, CA

Isamu Noguchi Messenger 2B Bronze Plate (24-ICE-000892) which was seized
from James Reja on December 12, 2023 at 9980 S. Hwy 1, located in Elk, CA

George Nakashima Grass Seated Stool (24-ICE-000893) which was seized from
James Reja on December 12, 2023 at 9980 S. Hwy 1, located in Elk, CA

Sori Yanagi Butterfly Stool (24-ICE-000894) which was seized from James Reja on
December 12, 2023 at 9980 S. Hwy 1, located in Elk, CA

Perre Jeanneret Teak and Enameled Steel
Stools (24-ICE-000895) which was seized from James Reja on December 12, 2023
at 9980 S. Hwy 1, located in Elk, CA

Costa Rican Ceremonial Volcanic Stone
Metate (24-ICE-000896) which was seized from James Reja on December 12, 2023
at 9980 S. Hwy 1, located in Elk, CA

Wharton Esherick 2 Ash Chairs (24-ICE-000897) which was seized from James
Reja on December 12, 2023 at 9980 S. Hwy 1, located in Elk, CA

Axel Einar Hjorth Uto Coffee Table (24-ICE-000898) which was seized from James
Reja on December 12, 2023 at 9980 S. Hwy 1, located in Elk, CA

Blue Nazca Textile (24-ICE-000899) which was seized from James Reja on
December 12, 2023 at 9980 S. Hwy 1, located in Elk, CA

Framed Nazca Textile Woven Fabric (24-ICE-000900) which was seized from
James Reja on December 12, 2023 at 9980 S. Hwy 1, located in Elk, CA

Arthur Espenet Carpenter II Wooden Chest (24-ICE-000901) which was seized from
James Reja on December 12, 2023 at 9980 S. Hwy 1, located in Elk, CA

Arthur Espenet Carpenter II Low Table (24-ICE-000902) which was seized from
James Reja on December 12, 2023 at 9980 S. Hwy 1, located in Elk, CA

Native American Stone Tool with Long
Implement (24-ICE-000903) which was seized from James Reja on December 12,
2023 at 9980 S. Hwy 1, located in Elk, CA

Charles Eames Child☐s Chair (24-ICE-000904) which was seized from James Reja
on December 12, 2023 at 9980 S. Hwy 1, located in Elk, CA

Isamu Nogushi ☐Rudder☐ stool (24-ICE-000905) which was seized from James
Reja on December 12, 2023 at 9980 S. Hwy 1, located in Elk, CA

Greta M. Grossman Cobra Table Lamp (24-ICE-000906) which was seized from
James Reja on December 12, 2023 at 9980 S. Hwy 1, located in Elk, CA

Arthur Espenet Carpenter II Bookshelf
Cabinets (24-ICE-000907) which was seized from James Reja on December 12,
2023 at 9980 S. Hwy 1, located in Elk, CA

Massim Lime Spatula (24-ICE-000908) which was seized from James Reja on
December 12, 2023 at 9980 S. Hwy 1, located in Elk, CA

Olmec Stone Figure (24-ICE-000909) which was seized from James Reja on
December 12, 2023 at 9980 S. Hwy 1, located in Elk, CA

Olmec Implement (24-ICE-000910) which was seized from James Reja on
December 12, 2023 at 9980 S. Hwy 1, located in Elk, CA

Any person claiming a legal interest in the Defendant Property must file a verified Claim
with the court within 60 days from the first day of publication (July 28, 2024) of this Notice
on this official government internet web site and an Answer to the complaint or motion
under Rule 12 of the Federal Rules of Civil Procedure within 21 days thereafter.  18
U.S.C. § 983(h)(1) permits a court to impose a civil fine on anyone asserting an interest in
property which the court determines was frivolous.

The verified Claim and Answer must be filed with the Clerk of the Court, 111 South 18th
Plaza, Suite 1152, Omaha, NE  68102, and copies of each served upon Assistant United
States Attorney Mikala Purdy-Steenholdt, 1620 Dodge Street, Suite 1400, Omaha, NE
68102-1506, or default and forfeiture will be ordered.  *See*, 18 U.S.C. § 983(a)(4)(A) and
Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture
Actions.

The government may also consider granting petitions for remission or mitigation, which
pardon all or part of the property from the forfeiture.  A petition must include a description
of your interest in the property supported by documentation; include any facts you believe
justify the return of the property; and be signed under oath, subject to the penalty of
perjury, or meet the requirements of an unsworn statement under penalty of perjury.  *See*
28 U.S.C. Section 1746.  For the regulations pertaining to remission or mitigation of the
forfeiture, see 28 C.F.R. Sections 9.1 - 9.9.  The criteria for remission of the forfeiture are
found at 28 C.F.R. Section 9.5(a).  The criteria for mitigation of the forfeiture are found at
28 C.F.R. Section 9.5(b).  The petition need not be made in any particular form and may

be filed online or in writing.  You should file a petition not later than 11:59 PM EST 30 days after the date of final publication of this notice.  *See* 28 C.F.R. Section 9.3(a).  The https://www.forfeiture.gov/FilingPetition.htm website provides access to a standard petition form that may be mailed and the link to file a petition online.  If you cannot find the desired assets online, you must file your petition in writing by sending it to Assistant United States Attorney Mikala Purdy-Steenholdt, 1620 Dodge Street, Suite 1400, Omaha, NE 68102-1506.  This website provides answers to frequently asked questions (FAQs) about filing a petition.  You may file both a verified claim with the court and a petition for remission or mitigation.



# Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between July 28, 2024 and August 26, 2024.  Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. $4,698,514.00 et al.

**Court Case No:**     8:24CV160
**For Asset ID(s):**     See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 07/28/2024 | 24.0 | Verified |
| 2 | 07/29/2024 | 23.9 | Verified |
| 3 | 07/30/2024 | 24.0 | Verified |
| 4 | 07/31/2024 | 23.9 | Verified |
| 5 | 08/01/2024 | 23.9 | Verified |
| 6 | 08/02/2024 | 23.8 | Verified |
| 7 | 08/03/2024 | 23.9 | Verified |
| 8 | 08/04/2024 | 23.9 | Verified |
| 9 | 08/05/2024 | 23.9 | Verified |
| 10 | 08/06/2024 | 23.9 | Verified |
| 11 | 08/07/2024 | 23.9 | Verified |
| 12 | 08/08/2024 | 23.9 | Verified |
| 13 | 08/09/2024 | 23.9 | Verified |
| 14 | 08/10/2024 | 23.9 | Verified |
| 15 | 08/11/2024 | 23.9 | Verified |
| 16 | 08/12/2024 | 23.9 | Verified |
| 17 | 08/13/2024 | 23.9 | Verified |
| 18 | 08/14/2024 | 23.9 | Verified |
| 19 | 08/15/2024 | 23.9 | Verified |
| 20 | 08/16/2024 | 24.0 | Verified |
| 21 | 08/17/2024 | 24.0 | Verified |
| 22 | 08/18/2024 | 23.9 | Verified |
| 23 | 08/19/2024 | 23.9 | Verified |
| 24 | 08/20/2024 | 23.8 | Verified |
| 25 | 08/21/2024 | 23.9 | Verified |
| 26 | 08/22/2024 | 24.0 | Verified |
| 27 | 08/23/2024 | 23.9 | Verified |
| 28 | 08/24/2024 | 23.9 | Verified |
| 29 | 08/25/2024 | 24.0 | Verified |
| 30 | 08/26/2024 | 23.8 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.