IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:24CV160 |
| vs. | STATUS REPORT |
| $4,698,514.00 in United States Currency, et al., | |
| Defendant. | |

COMES NOW the Plaintiff, United States of America, and respectfully provides the Court with a Status Report. In support of this Status Report, the Plaintiff respectfully states as follows:

1. The Defendant property at issue in the instant case is also subject to criminal forfeiture in *United States of America v. Leidermann et al.*, Case No. 8:23CR86 ("criminal matter").

2. Undersigned Counsel makes the following professional representation to this Court:

   a. Three new defendants were added to the criminal matter in a Third Superseding Indictment (Filing No. 375) for a total of 13 defendants;

   b. The Pretrial Motion Deadline for all defendants is December 1, 2025; and

   c. No trial date has been set.

WHEREFORE, based on the information provided, the Plaintiff, United States of America, respectfully requests this Court continue to stay the herein matter.

UNITED STATES OF AMERICA,
Plaintiff

LESLEY A. WOODS
United States Attorney


By:     s/ Kimberly C. Bunjer_____
        KIMBERLY C. BUNJER, #20962
        Assistant U.S. Attorney
        1620 Dodge Street, Suite 1400
        Omaha, NE 68102-1506
        Tel: (402) 661-3700
        Fax: (402) 345-5724
        E-mail: kim.bunjer@usdoj.gov

        And

By:     s/ Mikala Purdy-Steenholdt_____
        MIKALA PURDY-STEENHOLDT
        (NY#5112289)
        Assistant U.S. Attorney
        1620 Dodge Street, Suite 1400
        Omaha, NE 68102-1506
        Tel: (402) 661-3700
        Fax: (402) 345-5724
        E-mail: Mikala.Purdy-Steenholdt@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all registered participants.


        s/ Kimberly C. Bunjer_____
        Assistant U.S. Attorney

2