IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:24CV160 |
| vs. | |
| $4,698,514.00 in United States Currency, et al., | STATUS REPORT |
| Defendant. | |

COMES NOW the Plaintiff, United States of America, and respectfully provides the Court with a Status Report. In support of this Status Report, the Plaintiff respectfully states as follows:

1. The Defendant property at issue in the instant case is also subject to criminal forfeiture in *United States of America v. Leidermann et al.*, Case No. 8:23CR86 ("criminal matter").

2. Undersigned Counsel makes the following professional representation to this Court:

    a. Three new defendants were added to the criminal matter in a Third Superseding Indictment (Filing No. 375) for a total of 13 defendants;

    b. 6 of the 13 defendants have had change of plea hearings and 1 change of plea is scheduled for February 24, 2026; and

    c. No trial date has been set.

WHEREFORE, based on the information provided, the Plaintiff, United States of America, respectfully requests this Court continue to stay the herein matter.

UNITED STATES OF AMERICA,
Plaintiff

LESLEY A. WOODS
United States Attorney

By:　s/ Kimberly C. Bunjer
　　　KIMBERLY C. BUNJER, #20962
　　　Assistant U.S. Attorney
　　　1620 Dodge Street, Suite 1400
　　　Omaha, NE 68102-1506
　　　Tel: (402) 661-3700
　　　Fax: (402) 345-5724
　　　E-mail: kim.bunjer@usdoj.gov

　　　And

By:　s/ Mikala Purdy-Steenholdt
　　　MIKALA PURDY-STEENHOLDT
　　　(NY#5112289)
　　　Assistant U.S. Attorney
　　　1620 Dodge Street, Suite 1400
　　　Omaha, NE 68102-1506
　　　Tel: (402) 661-3700
　　　Fax: (402) 345-5724
　　　E-mail: Mikala.Purdy-Steenholdt@usdoj.gov

CERTIFICATE OF SERVICE

　　　I hereby certify that on February 17, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all registered participants.

　　　s/ Kimberly C. Bunjer
　　　Assistant U.S. Attorney